UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julie Dalton, *individually and on behalf of all others similarly situated*, | File No. 24-cv-3033 (ECT/TNL) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| The Finish Line Inc., | |
| Defendant. | |

---

Based on the Notice of Dismissal [ECF No. 8], **IT IS ORDERED** that all claims between the Parties are **DISMISSED WITH PREJUDICE** without costs or disbursements to any Party.

Dated: September 26, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court